JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WILLIAM WESLEY, | ) No. CV 08-2456-JFW(RC) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| JOHN MARSHALL (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: August 24, 2010

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&R\08-2456.jud
7/14/10